127 F.3d 649
 Roman HEMPHILL, Appellant
v.
Fred JOHNSON, etc., et al., Appellees.
Robert DRISCOLL, Appellant,
v.
Paul K. DELO, et al., Appellees.
 Nos. 95-3357, 95-4037.
 United States Court of Appeals,
 Eighth Circuit
April 17, 1997.
 
 1
 Appeals from the United States District Court for the Eastern District of Missouri.
 
 
 2
 Prior reports: 105 F.3d 391, 105 F.3d 393.
 
 
 3
 On further consideration, the petitions for rehearing by the panel filed by the appellees are granted. The panel's opinions are vacated and new opinions will be issued at a future date. The grant of rehearing by the panel moots the appellees' suggestions for rehearing en banc and no action will be taken on the suggestions.